UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

v.                                      Case No. 15-20317
                                          HON. AVERN COHN

DAMON BURNETT (D-1), et al.,

     Defendants.

_____/

**MEMORANDUM**

     This is a criminal case.  On October 2, 2015, the Court entered an order styled

Order Setting Conditions of Release (Doc. 266), releasing defendant, Damon Burnett

(Burnett), from pretrial detention.  The government has appealed.  (Doc. 274).  The

Pretrial Services Report of May 18, 2015 is not part of the record.  Attached is the

Pretrial Services Report, filed under seal.

                                S/Avern Cohn_____
                                AVERN COHN
                                UNITED STATES DISTRICT JUDGE

Dated: October 22, 2015
        Detroit, Michigan